IN THE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

LESTER DOBBEY, )
Plaintiff, )
)
)
V. ) CASE NO. 13-CV-5037
)
)
IMHOTEP CARTER, )
Defendant. )

FILED
OCT 10 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## PLAINTIFF'S 2nd MOTION FOR SUBSTITUTION OF APPOINTED COUNSEL

Plaintiff, LESTER DOBBEY, pro se, moves this Honorable Court to substitute current appointed counsel, Mr. Dwight C. Adams, and appoint new counsel. In Support Thereof:

1. Plaintiff, LESTER DOBBEY, is a prisoner in the custody of the Illinois Department of Corrections, housed at Stateville Correctional Center.

2. On November 20, 2014, this Court appointed Mr. Dwight C. Adams, to represent Plaintiff in his 42 U.S.C. §1983 Complaint against a Medical Professional who worked at Stateville C.C. and failed to adequately treat Plaintiff's Medical Condition, giving rise to this civil action.

3. On February 17, 2015, Mr. Adams, filed an appearance on behalf of Plaintiff before this Court.

4. On August 26, 2015, Plaintiff filed his First Motion for Substitution of Appointed Counsel, for a lack of communication between Mr. Adams and himself. (Dkt. 67).

5. On September 8, 2015, this Court, denied, Plaintiff's First Motion for Substitution of Appointed Counsel. (Dkt. 70). In its Order, this Court advised Plaintiff that it had "Stayed" this case on July 15, 2015, pending the

resolution of another one of Plaintiff's cases, DOBBEY V. CARTER, 12-CV-9223. And that, once a opinion was issued and the stay lifted, counsel's participation in the case (and his communication with Plaintiff) would inevitably increase. (DKT. 70).

6. On June 14, 2017, this Court issued an opinion in the case, DOBBEY V. CARTER, No. 12-CV-9223, which closed the case against DR. CARTER. Plaintiff has not had any form of communication from MR. Adams since June 14, 2017.

7. Prematurely, on February 13, 2017, the Plaintiff filed a Motion for this Court to Lift the Stay in this case. (Filed Pro Se).

8. Plaintiff, forwarded a copy of the Motion to Lift Stay to MR. Adams, and Plaintiff still had no communications with counsel since the filing of said motion.

9. Mr. Adams' last communications with Plaintiff were November 3, 2015 and December 15, 2013.

10. Pursuant to the American Bar Association Rules of Professional Conduct, Rule 1.4, states,

(a) A lawyer shall keep a client reasonably informed about the status of a matter and promptly comply with reasonable request for information.

(b) A lawyer shall explain a matter to the extent reasonably necessary to permit the client to make informed decisions regarding the representation.

11. This Court surely cannot deem silence for approximately (22) months, more or less, is a fulfillment to ABA Rules of Professional Conduct. Clearly, Mr. Adams violates said rules.

12. Mr. Adams' silence in communicating with Plaintiff jeopardizes the adjudication of his case where the Defendant, Dr. Carter,

(a). No longer works for Wexford Health Sources, Inc., (Illinois); and,

(b.) No longer lives in Illinois. And now lives in Virginia;

(c.) Memory from the year of 2011-2012 may fade away since its now 2017;

(d.) Has not been Deposed since the case proceeded initially;

(e.) Plaintiff also has not been Deposed, as his memory also fades from the year 2011 thru Present.

13. This Court further advised Plaintiff in its September 8, 2015, Order, that "Once the stay on this case is lifted, if Plaintiff continues to experience a breakdown in communication with his appointed counsel, Plaintiff may renew his motion." (Dkt. 70).

14. As of present, Plaintiff does not know if the Stay was lifted or not. And that is because Mr. Adams will not communicate such information. Which is also evidenced by Mr. Adams failure to inform Plaintiff was Stayed on June 14, 2015.

## CONCLUSION

Wherefore, Plaintiff, Lester Dobbey, pro se, respectfully asks this Honorable Court to appoint him new counsel.

Respectfully,

/s/ Lester Dobbey
(Pro Se - Plaintiff)

IN THE
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

LESTER DOBBEY
Plaintiff/Petitioner

Vs.                                                No. 13-CV-5037

Imhotep CARTER
Defendant/Respondent

PROOF/CERTIFICATE OF SERVICE

TO: U.S. District Court          TO: Cassiday Schade
Attn: Prison Correspond          Atty: Todd Burgett
219 South Dearborn               20 North Wacker Drive, Ste 1000
Chicago, IL 60604                Chicago, IL 60606

TO: Dwight C. Adams
1855 Rohlwing Road, #D
Rolling Meadows, IL 60008

PLEASE TAKE NOTICE that on __October 3__, 20_17_. I placed the attached or enclosed documents in the institutional mail at __Stateville__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service (4) Plaintiff's 2nd Motion For Substitution of Appointed Counsel

DATED: 10/3/2017

/s/
Name: LESTER DOBBEY
IDOC#: R16237
Address: Stateville C.C.
P.O. Box 112
Joliet, IL 60434

Subscribed and sworn to before me this 3rd day of October, 2017

_Phyllis Baker_
Notary Public

OFFICIAL SEAL
PHYLLIS BAKER
Notary Public - State of Illinois
My Commission Expires 4/30/2019

LESTER DOBBEY #R-16257
STATEVILLE C.C.
P.O. BOX 112
JOLIET, IL 60434

IL 604
04 OCT '17
PM 7 L

IDOC INMATE
LEGAL MAIL



U.S. POSTAGE >> PITNEY BOWES

ZIP 60403 $ 000.88
02 1W
0001394077 OCT 04 2017

UNITED STATES DISTRICT COURT
ATTN: PRISONER CORRESPONDENCE
219 SOUTH DEARBORN ST.
CHICAGO, IL 60604

RECEIVED
OCT 1 0 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

10/10/2017-6

Legal Mail.

60604-180099