IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LESTER DOBBEY, ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CASE NO. 13-CV-5037 |
| ) | |
| IMHOTEP CARTER, ) | HONORABLE Judge Presiding |
| Defendant. ) | Robert M. Dow, JR. |

PLAINTIFF'S REQUEST TO SANCTION FORMER-
RECRUITED COUNSEL MR. DWIGHT C. ADAMS
FOR VIOLATING COURT ORDERS

Plaintiff, LESTER DOBBEY, PRO SE, MOVES this Honorable Court to sanction MR. Dwight C. Adams, with a civil penalty, for violating this Court Orders. In Support Thereof:

1. On November 21, 2012, this Court granted Defendant Carter Summary Judgment in his favor and this case was dismissed. (Dkt. 81).

-1-

2. On December 11, 2017, Plaintiff filed a pro se, motion to reconsider Court's November 21, 2017 Judgment [87], and a motion for appointment of counsel [88]. The motion to reconsider was taken under advisement and the motion for counsel was denied. [93].

3. On December 19, 2017, Plaintiff filed a request to stay post-proceedings [89], and a request for a free copy of the record [90]. The request to stay proceedings was granted and the request for a copy of the record was granted, in part, and denied, in part. [93].

4. On February 20, 2018 this Court ordered former recruited counsel Mr. Dwight C. Adams, "to send Plaintiff a copy of his case file and to place a certificate of service on the docket indicating the date on which he complied with the Court's Directive." (Dkt. 93). Mr. Adams failed to comply.

xxx

5. On March 26, 2018, this Court received a Pro Se-Status Report from Plaintiff. The Report advised this Court of Mr. Adams' failure to comply with its February 20, 2018 Order.

6. This Court on April 16, 2018, again ordered Mr. Adams to provide Plaintiff with a copy of his case file no later than April 30, 2018. (Dkt. 97). Mr. Adams again has failed to comply with the Court's order. Plaintiff avers that he has not received any form of communication from Mr. Adams since the April 16, 2018-Order.

7. Plaintiff contends that Mr. Adams should be sanctioned and ordered to pay a $5,000.00 (Five-Thousand Dollar) civil penalty for each separate Court Order has violated and/or will continue to violate.

xxx

## CONCLUSION

WHEREFORE, Plaintiff, LESTER DOBBEY, pro se, respectfully asks this Honorable Court to sanction Mr. Dwight C. Adams, $10,000.00 (Ten-Thousand Dollars) for violating Court Orders [93] and [97], and $5,000.00 each additional violation of a Court Order. Plaintiff also asks that Mr. Adams be compelled to give Plaintiff his case file.

Respectfully,

/s/ 

Lester Dobbey # R-16237
Stateville C.C.
P.O. Box 112
Joliet, IL 60434
(Pro Se - Plaintiff)

xxx

-4-

Lester Dobbey #R-16237
Stateville C.C.
P.O. Box 112
Joliet, IL 60434

IDOC INMATE
LEGAL MAIL





05/16/2018-6

United States District Court
Attn: Prison Correspondence
219 South Dearborn
Chicago, IL 60604

RECEIVED
2018 MAY 16 AM 9:00

Legal Mail.